IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAZZ CASUAL PRODUCTIONS, INC., | Case No. CV11 0352 JCS |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | Fed. R. Civ. P. 41 |
| TOBY BYRON, EAST STINSON, INC., dba TOBY BYRON MULTIPRISES, INC., EURO ARTS MUSIC INTERNATIONAL GmbH, NAXOS OF AMERICA, INC., | |
| Defendants. | |

The parties having reached a full and final settlement of all claims, it is hereby stipulated and agreed by the parties in the above-entitled action, by their undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Complaint in this action as against Euro Arts Music International GmbH and Naxos of America, Inc. only, together with all claims therein asserted be, and it hereby is, DISMISSED WITH PREJUDICE, all parties bearing their own costs and attorneys' fees incurred in this action.

///

///

1

The Court shall maintain jurisdiction over the parties and subject matter of this civil action solely for the purpose of interpreting and enforcing the parties' settlement agreement.

Dated: 11/3/11, 2011        ENTERTAINMENT LAW

By: /s/ Steven Ames Brown
Steven Ames Brown (SBN 83363)
ENTERTAINMENT LAW
69 Grand View Avenue
San Francisco, California 94114-2741
Telephone: (415) 647-7700
Facsimile: (415) 285-3048
Attorney for Plaintiff
JAZZ CASUAL PRODUCTIONS, INC.

Dated: 11/1, 2011        LAW OFFICES OF LAWRENCE G. TOWNSEND

By: /s/ Lawrence G. Townsend
Lawrence G. Townsend
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299
Attorneys For Defendants EURO ARTS MUSIC
INTERNATIONAL GmbH and NAXOS OF AMERICA, INC.

Dated: 11/7/11

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

S:\LGT-TENA\NAXOS\StipDWP.wpd

2

---

Stipulation and Order of
Dismissal with Prejudice

USDC NDCal Case No.: CV11 0352 JCS